**MARK A. PICKENS, P.C.**
ATTORNEY AT LAW
1425 21ST STREET SOUTH
SUITE 208
BIRMINGHAM, ALABAMA 35205

REPLY TO
POST OFFICE BOX 59372
BIRMINGHAM, ALABAMA 35259

TELEPHONE 205/933-1169
FACSIMILE 205/933-6929

November 19, 2014

Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Re: **MidFirst Bank vs. Mary N. Simpson and Angelo Simpson**
**Case No. 11-32268**
**MAP# 11-0304**

Dear Mr. Shinbaum:

Enclosed herewith, please find a copy of the Consent Order entered by Judge Williams on August 6, 2012. Please be advised that your client is due for their October, 2014 through December, 2014 mortgage payments and late charges. Thus, your clients are in default pursuant to the terms of said Order. Please advise your clients that if the default is not cured with thirty days (30) from the date of this notice MidFirst Bank is will move forward with foreclosure on the property located at 2868 Peabody Road, Montgomery, Alabama 36116. Should you have any questions or comments regarding this matter, please feel free to contact our office.

Sincerely,

**MARK A. PICKENS, P.C.**

/S/ Mark A. Pickens

Mark A. Pickens

MAP/alc
enclosures
cc:   Mary N. Simpson
      Angelo Simpson

The relief described hereinbelow is SO ORDERED

Done this 6th day of August, 2012.



Dwight H. Williams, Jr.
United States Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| Mary N. Simpson | ) |
| Debtor(s) | ) CASE NO. 11-32268 |
| Angelo Simpson | ) |
| Co-Debtor(s) | ) |

### ORDER

This matter having to come before this Court for a final hearing and the Movant, MidFirst Bank, a creditor in the above-styled Bankruptcy Case (the "Movant"), having heretofore filed a Motion for Relief from Automatic Stay or for Adequate Protection; or in the alternative , to modify the Automatic Stay. Movant is seeking an Order enabling it to foreclose its mortgage being held by Movant with regard to the real property situated in the State of Alabama and located 2868 Peabody Road, Montgomery, Alabama 36116..

Case 11-32268    Doc 49    Filed 12/30/14    Entered 12/30/14 11:03:14    Desc Main
Document - Motion for Adequate Protection    Page 1 of 3

Case 11-32268    Doc 28    Filed 08/06/12    Entered 08/06/12 13:59:19    Desc Main
Document    Motion for Relief From Stay    Page 2 of 4

Page 2
Mary N. Simpson
Angelo Simpson
Case No. **11-32268**

Whereas Richard D. Shinbaum, representing the Debtor, and Mark A. Pickens, representing MidFirst Bank, have reached a consent settlement on said Motion. The Debtor is to begin in the month of August, 2012 paying directly to Movant the regular monthly mortgage payments. The Creditor will be allowed to file a secured post-petition arrearage claim in the amount of $2,752.41 which includes $500.00 attorney fees and filing fees of $176.00.

ORDERED, that the relief prayed for by MidFirst Bank, is hereby conditionally denied, said conditions being that the Debtor(s) make all future monthly mortgage payments within the month that they are due and the Creditor be allowed to file a secured arrearage claim in the amount of $2,752.41 which includes $500.00 attorney fees and filing fees of $176.00.

The Creditor will receive a fixed payment of $62.00 per month on the post petition arrearage claim. The Debtor's regular monthly payments to the Chapter 13 Bankruptcy Trustee will be increased to $246.00 monthly.

FURTHER ORDERED, that if the Debtor fails to make such regular monthly mortgage payments provided herein in the month in which they are due then the Movant is to provide both the Debtor and the Debtor's Attorney with a default notice at the addresses indicated below and/or serve a copy of the default notice to the Debtor and the Debtor's Attorney via electronic filing. If the default is not cured within thirty days (30) from the date of said notice then the stay is automatically lifted without further notice or order of this Court.

xc: Debtors:
Mary N. Simpson
2868 Peabody Road
Montgomery, Alabama 36116

Angelo Simpson
2868 Peabody Road
Montgomery, Alabama 36116

Attorney for Debtor:
Richard D. Shinbaum
Shinbaum & Campbell
P.O. Box 201
Montgomery, AL 36101

Trustee:
C. Curtis Reding

Attorney for Movant:
Mark A. Pickens

Order prepared by:
Mark A. Pickens
Post Office Box 59372
Birmingham, AL 35259

## Arrearage Break Down

May, 2012 through July, 2012 mortgage payments @ 866.09 = 2598.27
May, 2012 through July, 2012 late charges @ 34.64 = 103.92
Recoverable Inspection Fee 72.00
Attorney fee 500.00
Filing fee 176.00
Broker price opinion 100.00
Suspense Balance ($797.78)
Total 2,752.41

End order