# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 11-32268 |
| Mary Simpson | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

## RESPONSE TO NOTICE OF DEFAULT

COMES NOW the Debtor, by and through attorney, and in response to the Motion for Relief from Stay filed by MIDLAND MORTGAGE will state as follows:

1. The above debtors filed Chapter 13 on September 6, 2011.

2. The Debtor states that there is a conditional order of Relief from the Stay in the above styled cause of action.

3. The debtor(s) states that she has tendered four months worth of payments, this day to cure to default.

Respectfully submitted this day: January 26, 2015.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum & Associates
566 South Perry Street
P O Box 201
Montgomery, AL 36101
334-269-4440- Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day January 26, 2015.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

Mr. Mark Anderson Pickens
Attorney at Law
PO Box 59372
Homewood, AL 35259-9372